IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ishmael Abdul-Haqq,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>A.D.W. Cluff, et al.,<br><br>　　　　　Respondents. | No. CV 08-0074-PHX-EHC (LOA)<br><br>**ORDER** |

　　　　On January 11, 2008, Petitioner filed a Petition for Writ of Habeas Corpus (Dkt. 1), as supplemented (Dkt. 10), under 28 U.S.C. § 2254, challenging his state court conviction by a jury of attempted second degree murder, a dangerous offense, in the Superior Court of Maricopa County, State of Arizona. On April 30, 2004, the trial court sentenced Petitioner to a slightly aggravated term of 18 years of imprisonment.

　　　　The matter was referred to Magistrate Judge Lawrence O. Anderson who filed a Report and Recommendation on June 30, 2008 recommending that the Petition be denied (Dkt. 13). Petitioner has not filed an Objection or otherwise responded to the Report and Recommendation.

<u>Standard of Review</u>

　　　　The district court reviews de novo the portions of the Magistrate Judge's Report and Recommendation to which there is a filed objection. 28 U.S.C. § 636(b)(1)(C)("a judge of

1  the court shall make a de novo determination of those portions of the report, ..., to which
2  objection is made."); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.
3  2003).  The district court is not required to review any issue that is not the subject of an
4  objection.  Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v.
5  Arn, 474 U.S. 140, 149 (1985).

## Discussion

In the absence of a filed objection by Petitioner, the Court adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 13) is adopted in full.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Dkt. 1), as supplemented (Dkt. 10), is denied.

DATED this 4th day of August, 2008.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge

- 2 -